# CHARLES A. SZYBIST
## LAW OFFICE

Charles A. Szybist  
e-mail: charles.szybist@verizon.net

423 Mulberry Street  
Williamsport, PA 17701-6379  
Telephone (570) 326-0559  
Fax (570) 326-7460

Mark C. Szybist  
e-mail: mszybist@verizon.net

March 4, 2009

Clerk, U. S. Bankruptcy Court  
274 Max Rosenn U. S. Courthouse  
197 S. Main Street  
Wilkes-Barre, PA 18701

Re: Shaffer, Timothy R.  
Case No. 5-05-58092

Dear Sir/Madam:

Enclosed herewith please find checks from the above captioned bankruptcy for a dividend check over 90 days old and not cashed by the creditors as follows:

Timothy R. Shaffer, Case No. 5-05-58092 – Dominion Peoples's Gas, P O Box 26666, Richmond, VA 23261 - $1,454.78 Check No. 1015.

Very truly yours,

*[signature]*

CHARLES A. SZYBIST

CAS/ja  
Encs.